# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 8, 2010

MEMO TO COUNSEL RE:  Medicine Shoppe International, Inc. v. Mohammed Siddiqui
                     Civil No. JFM-10-1023

Dear Counsel:

I have reviewed your joint motion to modify the current scheduling order.

The motion is granted.  However, you will have to contact Judge Grimm's office directly to reschedule the settlement conference and the date for submitting ex parte letters.

Incidentally, the dispositive pretrial motions deadline will remain to be "30 days after settlement conference if settlement conference is unsuccessful."  By leaving the date open ended, I will prevent you from having to spend time in writing and briefing summary judgment issues while you are engaged in mediation.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge