IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MEDICINE SHOPPE INT'L, INC.,** | * |  |
| Plaintiff | * |  |
| v. | * | **CIVIL NO. JKB-10-1023** |
| **MOHAMMED A. SIDDIQUI** *et al.*, | * |  |
| Defendants | * |  |

\* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM AND ORDER**

This matter came on for a hearing today to determine if a settlement agreement existed between the parties. All parties stipulated in open court that the settlement agreement, submitted as Exhibit 1 to Defendants' prehearing brief (ECF No. 76), had been duly executed by both sides. It evinces a meeting of the minds and mutual consent among parties with capacity, and there was consideration on both sides. Accordingly, the Court finds the settlement agreement is binding and effective. The Court further finds the agreement contains nothing regarding qualification of the late Mr. Siddiqui or his successors or assigns as franchisee. The only remaining question before the Court is whether a judgment dismissing the case as settled should be entered. The parties shall submit simultaneous briefs, limited to a maximum length of ten pages each, on or before **June 8, 2012**, arguing their respective positions on this remaining question. During the hearing, defense counsel requested an order of reference to Magistrate Judge Grimm for further mediation. Plaintiff's counsel shall advise my chambers by **5:00 p.m., May 30, 2012**, if Plaintiff also desires to re-engage in settlement negotiations before Judge Grimm; an order of reference will be issued for this purpose if Plaintiff's counsel advises it

intends to pursue negotiations with a meaningful change in its position from where the parties were at last engagement.

DATED this 29th day of May, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge